In the Matter of THE INCORPORATED VILLAGE OF ROSLYN, Respondent, Relative to Acquiring Title to Easements in Real Property Situated in Said Village.

FLORENCE E. CONKLIN et al., as Administrators With the Will Annexed of the Estate of HERBERT J. CONKLIN, Deceased, Appellants.—

Settle order on notice within ten days from the date of this decision. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ. [See *post*, p. 1013.]